ULYSSES G. PIERCE, Respondent, *v.* GRAY LINE MOTOR TOURS, INC., et al., Appellants.

Submitted March 11, 1943; decided April 15, 1943.

*Harold B. Slingerland* for Kuny Schaffer, appellant.

*David B. Sugarman* and *Ira H. Michael* for Gray Line Motor Tours, Inc., appellant.

*Carleton J. King* for respondent.

Judgment affirmed, with one bill of costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.